

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-18-00170-CV

_____

ETX SUCCESSOR TYLER F/K/A EAST TEXAS MEDICAL CENTER
A/K/A EAST TEXAS MEDICAL CENTER-TYLER, APPELLANT

V.

RAYMOND BROWN, TERRY OATES D/B/A OATES FARM, LOYCE HORACE, LARRY
HARRISON, AND GERALDINE GARDNER, APPELLEES

On Appeal from the 278th District Court
Madison County, Texas
Trial Court No. 16-14301-278-01; Honorable Hal R. Ridley, Presiding

March 26, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Pending before this court is an unopposed motion to dismiss filed by Appellant, ETX Successor Tyler f/k/a East Texas Medical Center a/k/a East Texas Medical Center-Tyler.  By this motion, Appellant represents that the parties have reached a settlement.  Without passing on the merits of the appeal, Appellant's motion is granted and the appeal

is dismissed.  *See* TEX. R. APP. P. 42.1(a)(1).  As the motion does not indicate an agreement of the parties regarding the allocation of costs, all costs on appeal shall be taxed against Appellant.  *Id.* at 42.1(d).  Having dismissed this appeal at Appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.


Per Curiam